**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | § | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. No. C-07-184 |
| ELIDORO FLORES, | § | |
| Defendant. | § | |

### ORDER

On June 20, 2007, Plaintiff United States of America filed a "Motion for Substituted Service" (D.E. 4) in which the Plaintiff sought permission to use a substituted form of service of process on the Defendant.  Plaintiff alleged that substituted service was necessary because it had attempted numerous times (without success) to personally serve the Defendant at 108 County Road 390, Mathis, Texas 78368.  (D.E. 4.)  The Court hereby DENIES the Plaintiff's motion as the Plaintiff has failed to provide the Court with any evidence or indication that the Defendant actually lives at the address at which Plaintiff attempted personal service.

SIGNED and ENTERED this 25th day of June, 2007.

_____
Janis Graham Jack
United States District Judge